**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ANASTASIOS VERTEOURIS,
LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

20 CR. 79 (RMB)

**<u>ORDER</u>**

       The status conference previously scheduled for Thursday, July 8, 2021 at 9:30 AM is hereby rescheduled to Tuesday, July 13, 2021 at 12:00 PM.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2079

Dated: July 2, 2021
       New York, NY

                                            RICHARD M. BERMAN
                                                  U.S.D.J.