UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 79 (RMB)

  -against-

**ORDER**

ANASTASIOS VERTEOURIS,
LEO HERNANDEZ,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, September 21, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2079

Dated: September 15, 2021
       New York, NY

                                           _____
                                              RICHARD M. BERMAN
                                                 U.S.D.J.