UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 79 (RMB)

-against-

**ORDER**

LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the bond hearing scheduled for Tuesday, November 16, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2079

Dated: November 10, 2021
         New York, NY

                            _____
                                RICHARD M. BERMAN
                                     U.S.D.J.