UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

ANASTASIOS VERTEOURIS,
LEO HERNANDEZ,
     Defendant.
------------------------------------------------------------X

20 CR. 79 (RMB)

**<u>ORDER</u>**

 In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, January 18, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

 Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2079

Dated: January 12, 2022
   New York, NY

                _____
                  RICHARD M. BERMAN
                  U.S.D.J.