**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                                    20 CR. 79 (RMB)

        -against-
                                                                    **<u>ORDER</u>**

LEO HERNANDEZ,
                         Defendants.
-----------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the guilty plea hearing scheduled for

Thursday, April 28, 2022 at 10:30 AM is being held telephonically pursuant to the CARES

Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2079


Dated: April 20, 2022
        New York, NY


                                        _____
                                              RICHARD M. BERMAN
                                              U.S.D.J.