

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2022

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Leo Hernandez*, 20 Cr. 79 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter, enclosing a Consent Preliminary Order of Forfeiture / Money Judgment.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney

By: _____
     Tara M. La Morte/Robert Sobelman/
     Samuel Rothschild
     Assistant United States Attorneys
     (212) 637-1041/2616

Enclosure

cc:    David Cohen, Esq.