**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

     -against-

LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

20 CR. 79 (RMB)

**<u>ORDER</u>**

      The sentencing proceeding previously scheduled for Tuesday, August 23, 2022 at 10:00 AM is hereby rescheduled to Tuesday, October 18, 2022 at 9:00 AM.

Dated: July 5, 2022
       New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.