UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

20 CR. 79 (RMB)

**ORDER**

      The sentencing proceeding previously scheduled for Tuesday, October 18, 2022 at 9:00 AM is hereby rescheduled to 10:30 AM on the same date. The proceeding will take place in Courtroom 17B.

Dated: October 11, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.