UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        20 CR. 79 (RMB)

  -against-

**ORDER**

LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Tuesday, October 18, 2022 at 10:30 AM is hereby rescheduled to 11:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information at access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 406 698 008#

Dated: October 17, 2022
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.