**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

LEO HERNANDEZ,
                Defendants.
------------------------------------------------------------X

20 CR. 79 (RMB)

**ORDER**

      The supervised release hearing scheduled for Tuesday, December 6, 2022 at 10:00 A.M. will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 430 455 971#

Dated: November 30, 2022
       New York, NY

                                             _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.