UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                      Government,     :        20 CR. 79 (RMB)
                                                  :
      - against -                               :        **ORDER**
                                                  :
LEO HERNANDEZ,                                    :
                      Defendant.      :
-----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Monday, March 13, 2023 at 10:00 A.M. is hereby rescheduled to Thursday, March 23, 2023 at 10:00A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 645 377 210#

Dated: February 23, 2023
       New York, NY

                                                          _____
                                                            **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**