**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                   Government,       :      20 CR. 79 (RMB)
                                              :
      - against -                          :      **ORDER**
                                              :
LEO HERNANDEZ,                                :
                   Defendant.        :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, June 26, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 663 252 302#

Dated: June 21, 2023
      New York, NY

                                                  **RICHARD M. BERMAN**
                                                    **U.S.D.J.**