UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,       :        20 CR. 79 (RMB)
                                         :
        - against -                    :        **ORDER**
                                         :
LEO HERNANDEZ,                           :
                      Defendant.        :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, August 23, 2023 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 495 076 00#

Dated: August 16, 2023
       New York, NY

                                                  _____
                                                 **RICHARD M. BERMAN**
                                                         **U.S.D.J.**