UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,        20 CR. 79 (RMB)

     - against -                     **ORDER**

LEO HERNANDEZ,

                Defendant.
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 19, 2023 at 11:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 949 709 680#

Dated: October 11, 2023
       New York, NY

                                                *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                    U.S.D.J.