UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                       :
                       Government,          :          20 CR. 79 (RMB)
                                                                       :
       - against -                           :          **ORDER**
                                                                       :
LEO HERNANDEZ,                                          :
                       Defendant.             :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, November 28, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 719 880 677#

Dated: November 22, 2023
       New York, NY

                                                           **RICHARD M. BERMAN**
                                                                   **U.S.D.J.**