UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 20 CR. 79 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| LEO HERNANDEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 1, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 508 004 600#

Dated: January 17, 2024
New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**