UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LEO HERNANDEZ,

Defendant.

20-CR-00079 (RMB)

ORDER

The Court is temporarily suspending conditions of supervision (other than mandatory conditions) until March 21, 2024. *See* Transcript of Supervised Release Hearing held February 1, 2024.

*[signature: RMB]*

Richard M. Berman
United States District Judge

Dated: February 1, 2024
       New York, New York