UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                   Government,   :   20 CR. 79 (RMB)
                                           :
       - against -                          :   **ORDER**
                                           :
LEO HERNANDEZ,                             :
                  Defendant.    :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, March 21, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 311 229 392#

Dated: March 13, 2024
       New York, NY

                                                                **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**