UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LEO HERNANDEZ,

Defendant.

20-CR-00079 (RMB)

ORDER

---

The Court, having reviewed the record herein, including the Court's Order dated February 1, 2024, the (video) transcript of the March 21, 2024 supervised release hearing, and the filing of an indictment on March 21, 2024 in 24-CR-00170 (AT), believes it would be in the best interest of all parties, particularly Mr. Hernandez, to reinstate Mr. Hernandez' supervision.

Court involved supervised release is hereby reinstated, effective immediately.

Date: New York, New York
April 10, 2024

*RMB*
**RICHARD M. BERMAN, U.S.D.J**