UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                     Government,        :        20 CR. 79 (RMB)
                                     :
      - against -                    :        **ORDER**
                                     :
LEO HERNANDEZ,                       :
                     Defendant.         :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, April 22, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 869 521 713#

Dated: April 17, 2024
       New York, NY

                                                        */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                        **U.S.D.J.**