

Case 1:20-cr-00079-RMB   Document 162   Filed 04/23/24   Page 1 of 1

Case 1:20-cr-00079-RMB   Document 163   Filed 05/01/24   Page 1 of 1

# COHEN FORMAN BARONE, LLP
### AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

April 23, 2024

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 5/1/24*

Honorable J. Richard M. Berman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Leo Hernandez- 20 Cr. 00079 (RMB)**
**Request for Continued Suspension of Supervised Release Reporting Requirements**

Dear Honorable J. Richard M. Berman:

At the Supervised Release Hearing, held on April 22, 2024, the Court directed defense counsel to submit a letter to the Court explaining what part of Mr. Hernandez' supervised release requirements should be suspended and for what length of time.

After discussion with Mr. Hernandez, stand by counsel for the Curcio hearing, and conferring with other attorneys on this unusual situation, considering Mr. Hernandez' complete compliance with his supervised release requirements for approximately one and a half years, and the need to protect all his constitutional rights on his open indictment, counsel maintains his position, further explained on the record at the Supervised Release Hearing, that all counseling sessions should be suspended. This should remain in effect until new counsel is appointed on defendant's open indictment and has had an opportunity to make further requests of this Court. Additionally, as to probation reporting, counsel does not object to drug testing or periodic check ins with probation to confirm that Mr. Hernandez has not had any law enforcement contact, however, there should be no discussion with Mr. Hernandez about his pending obstruction indictment, alleged drug use or involvement (past or present), or his goals/objectives of therapy.

Respectfully submitted,

//s//David Jason Cohen//s//
David J. Cohen, Esq.
Cohen Forman Barone, LLP.
950 3rd Avenue
New York, NY 10022
david@cfblaw.com

> Application(s) granted on consent of Government and Probation.
>
> SO ORDERED:
> Date: 5/1/24    *Richard M. Berman*

Manhattan    950 Third Avenue, 11th Floor, New York, NY 10022    T. 212.766.9111    F. 212.766.9166
Long Island    228 East Main Street, Patchogue, NY 11772    T. 631.766.9111    F. 212.766.9166