UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                       Government,    :    20 CR. 79 (RMB)

          - against -                            :    **ORDER**

LEO HERNANDEZ,                               :
                                       Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 29, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 152 737 879#

Dated: May 22, 2024
       New York, NY

                                                         *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**