UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                      :
                  Government,   :   20 CR. 79 (RMB)
                                      :
      - against -                :   **ORDER**
                                      :
LEO HERNANDEZ,                        :
                                      :
                  Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 7, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 998 557 652#

Dated: October 30, 2024
       New York, NY

                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**