UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,  :   20 CR. 79 (RMB)
                                           :
      - against -                         :   **ORDER**
                                           :
LEO HERNANDEZ,                             :
                                           :
                    Defendant.   :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, December 3, 2024 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 998 557 652#

Dated: November 20, 2024
      New York, NY

                                              */s/ Richard M. Berman*
                                       **RICHARD M. BERMAN**
                                              **U.S.D.J.**