UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,              :     20 CR. 79 (RMB)
                                          :
       - against -                      :     **ORDER**
                                          :
LEO HERNANDEZ,                            :
                                          :
                    Defendant.               :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, March 18, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 920 590 796#

Dated: March 12, 2025
       New York, NY

                                                        */s/ Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                             **U.S.D.J.**