UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                      :
                  Government,         :     20 CR. 79 (RMB)
                                      :
        - against -                   :     **ORDER**
                                      :
LEO HERNANDEZ,                        :
                                      :
                  Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 5, 2025 at 10:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 327 482 961#

Dated: April 30, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**