UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                        Government,     :       20 CR. 79 (RMB)
                                               :
      - against -                             :       **ORDER**
                                               :
LEO HERNANDEZ,                                 :
                                               :
                        Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 7, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 369 244 113#

Dated: July 30, 2025
       New York, NY

                                      *Richard M. Berman*
                                  **RICHARD M. BERMAN**
                                        **U.S.D.J.**