UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,      :      20 CR. 79 (RMB)
                                         :
        - against -                   :      **ORDER**
                                         :
LEO HERNANDEZ,                           :
                                         :
                Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 14, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 647 963 110#

Dated: October 8, 2025
       New York, NY

                                          *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                              **U.S.D.J.**