UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Government,<br><br>        -against-<br><br>LEO HERNANDEZ,<br><br>                        Defendant. | 20-CR-79 (RMB)<br><br>**ORDER** |

       For the reasons stated on the transcript of today's supervised release hearing, the Court hereby orders that Mr. Leo Hernandez's term of supervised release is terminated effective October 19, 2025. *See* Tr. of Proceedings held on October 14, 2025.

Date: October 14, 2025
New York, New York

                                              */s/ RMB*
                                      RICHARD M. BERMAN, U.S.D.J.

# Certificate of Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Leo Hernandez's supervised release, and his dedication. Mr. Hernandez's supervised release obligations are successfully completed.

Congratulations for a job well done.

October 14, 2025

_RMB_
Richard M. Berman
U.S. District Judge